# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ROBERT GILLIAM,

    Petitioner,

v.                                        CASE NO. 4:10cv319-RH/WCS

R. A. PURDUE,

    Respondent.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 3. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Northern District of Georgia. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on September 3, 2010.

                                        s/Robert L. Hinkle
                                        United States District Judge